1  B. CLYDE HUTCHINSON, 037526
   AN H. NGUYEN, 215453
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  TEL: (510) 433-2600
   FAX: (510) 433-2699
5
   Attorneys for Defendant
6  NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| LORIE ALMAZAN and ESTHER GALVEZ, | No. CIV S-04-1872 MCE PAN |
| Plaintiffs, | **STIPULATION AND ORDER RE CONTINUANCE OF DISCOVERY CUT-OFF** |
| v. | |
| AZIZURANMAN RAHMANI, SAYED A. KARIMI, individually and dba ORANGE CAB CO.; ORANGE CAB CO.; NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 to 20, | |
| Defendants. | |

- 1 -

1  This lawsuit arises out of a motor vehicle collision on April 17, 2004 wherein plaintiffs
2  allege that they were injured while riding in an Orange Cab Co. taxi, owned by SAYED A.
3  KARIMI and operated by his agent, employee or contractor AZIZURANMAN RAHMANI.

4  Plaintiffs filed suit against National Railroad Passenger Corporation (NRPC), SAYED A.
5  KARIMI, Orange Cab Co., and AZIZURANMAN RAHMANI. Plaintiffs had made diligent
6  efforts to serve all defendants but have been unable to locate SAYED A. KARIMI, Orange Cab
7  Co., and AZIZURANMAN RAHMANI.

8  The parties learned that Mr. Karimi had filed for bankruptcy protection. They have also
9  been able to learn the identity of Mr. Karimi's insurance carriers. NRPC has been in touch with the
10 insurance carrier who is represented by Dale Allen Jr. of Low, Ball & Lynch. NRPC is in
11 discussion with Mr. Allen's client regarding the tender of its defense and indemnity of this matter.
12 While the Court has granted the parties permission to serve additional parties, NPRC's tender and
13 Mr. Karimi's bankruptcy status have delayed the litigation.

14 The present discovery cut-off date is April 18, 2005. The parties hereby stipulate that the
15 discovery cutoff be continued to July 15, 2005.

16 The parties request that this stipulation be adopted as the order of the cour.t

DATED: April 18, 2005        LOMBARDI, LOPER & CONANT, LLP

By:   /s/  An H. Nguyen
      An H. Nguyen
      Attorneys for Defendant
      NATIONAL RAILROAD PASSENGER
      CORPORATION

///
///
///
///
///
///
///

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

1 | DATED: April 18, 2005          FURTADO, JASPOVICE & SIMONS

2

3                                  By:   /s/  Martin L. Jaspovice
                                         Martin L. Jaspovice
4                                        Attorneys for Plaintiffs

5                       ORDER

6 | IT IS SO ORDERED.

7 | DATED: April 20, 2005

8                                  _____
9                                  MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699