B. CLYDE HUTCHINSON, 037526
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| LORIE ALMAZAN and ESTHER GALVEZ, <br><br> Plaintiffs, <br><br> v. <br><br> AZIZURANMAN RAHMANI, SAYED A. KARIMI, individually and dba ORANGE CAB CO.; ORANGE CAB CO.; NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 to 20, <br><br> Defendants. | No. CIV S-04-1872 MCE PAN <br><br> **STIPULATION AND ORDER RE CONTINUANCE OF DISCOVERY CUT-OFF** |

This lawsuit arises out of a motor vehicle collision on April 17, 2004 wherein plaintiffs allege that they were injured while riding in an Orange Cab Co. taxi, owned by SAYED A. KARIMI and operated by his agent, employee or contractor AZIZURANMAN RAHMANI.

Plaintiffs filed suit against National Railroad Passenger Corporation (NRPC), SAYED A. KARIMI, Orange Cab Co., and AZIZURANMAN RAHMANI. Plaintiffs had made diligent efforts to serve all defendants but had been unable to locate SAYED A. KARIMI, Orange Cab Co., and AZIZURANMAN RAHMANI.

The parties learned that Mr. Karimi had filed for bankruptcy protection. They have also been able to learn the identity of Mr. Karimi's insurance carriers. NRPC has been in touch with the insurance carrier who is represented by Dale Allen Jr. of Low, Ball & Lynch. NRPC is in discussion with Mr. Allen's client regarding the tender of its defense and indemnity of this matter.

While the Court has granted the parties permission to serve additional parties, NPRC's tender and Mr. Karimi's bankruptcy status have delayed the litigation.

Further, SAYED A. KARIMI, Orange Cab Co., and AZIZURANMAN RAHMANI have recently appeared in the action and discovery will need to be commenced against these defendants as well.

The present discovery cut-off date is July 15, 2005. The parties hereby stipulate that the discovery cutoff be continued to September 15, 2005. The parties further stipulate that the expert witness disclosure be continued until September 15, 2005 with supplemental disclosures to occur on September 30, 2005.

The parties request that this stipulation be adopted as the order of the court

DATED: June 28, 2005          LOMBARDI, LOPER & CONANT, LLP

                              By:    /s/ An H. Nguyen
                                     An H. Nguyen
                                     Attorneys for Defendant
                                     NATIONAL RAILROAD PASSENGER
                                     CORPORATION

DATED: June 27, 2005          FURTADO, JASPOVICE & SIMONS

                              By:    /s/ Martin L. Jaspovice
                                     Martin L. Jaspovice
                                     Attorneys for Plaintiffs

///
///
///
///
///
///
///
///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

| | |
|---|---|
| DATED: June 28, 2005 | LOW, BALL & LYNCH |
| | |
| | By: /s/ Dale Allen, Jr. |
| | Dale Allen, Jr. |
| | Attorneys for Defendants SAYED A. KARIMI, Orange Cab Co., and AZIZURANMAN RAHMANI. |

**ORDER**

IT IS SO ORDERED.
DATED: July 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699