B. CLYDE HUTCHINSON, 037526
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| LORIE ALMAZAN and ESTHER GALVEZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AZIZURANMAN RAHMANI, SAYED A. KARIMI, individually and dba ORANGE CAB CO.; ORANGE CAB CO.; NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 to 20,<br><br>　　　　Defendants. | No. CIV S-04-1872 MCE PAN<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, NATIONAL RAILROAD PASSENGER CORPORATION hereby requests the Court approve the substitution of Low, Ball & Lynch, 505 Montgomery St., 7th Floor, San Francisco, CA 94111-2584, Telephone (415) 981-6630 as attorney of record in place and instead of Lombardi, Loper & Conant. LLP.

DATED: September 1, 2005              /s/ Leo Caniezo
                                      Leo Caniezo for National Railroad Passenger Corporation

/ / /

/ / /

/ / /

- 1 -

I have given proper notice and further consent to the above substitution.

DATED: September 1, 2005         LOMBARDI, LOPER & CONANT, LLP

By:   /s/ An H. Nguyen
      An H. Nguyen
      Attorneys for Defendant
      NATIONAL RAILROAD PASSENGER
      CORPORATION

I am duly admitted to practice in this District and accept the substitution.

DATED: September 5, 2005    LOW, BALL & LYNCH

By:   /s/ Dale Allen, Jr.
      Dale Allen, Jr.
      Attorneys for Defendants SAYED A. KARIMI,
      Orange Cab Co., and AZIZURANMAN
      RAHMANI.

## ORDER

IT IS SO ORDERED.

DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699