1  DALE L. ALLEN, JR., # 145279
   JENNY LI, # 216900
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   AZIZURANMAN RAHMANI,;
6  SAYED A. KARIMI dba ORANGE CAB COMPANY;
   ORANGE CAB CO.; NATIONAL RAILROAD
7  PASSENGER CORPORATION

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 LORIE ALMAZAN and ESTHER GALVEZ,        )   No.  CIV-S-04-1872 MCE/PAN
                                           )
12                Plaintiffs,              )   STIPULATION AND
         vs.                               )   ORDER CONTINUING TRIAL
13                                         )   DATE, FINAL PRETRIAL
   AZIZURANMAN RAHMANI,; SAYED A.          )   CONFERENCE, AND EXPERT
14 KARIMI, individually and  dba ORANGE CAB)   DISCOVERY CUT-OFF
   CO.; ORANGE CAB CO.; NATIONAL           )
15 RAILROAD PASSENGER CORPORATION and      )
   DOES 1 through 20,                      )
16                                         )
                                           )
17                Defendants.              )
                                           )
18 _____)

19      The present trial date is January 18, 2006.  The present final pre-trial conference is December 5,

20 2005. Expert disclosures were due on November 15, 2005, with supplemental disclosures due on

21 November 30, 2005.  Discovery closes on November 30, 2005.

22      The parties below hereby stipulate and agree to the following:

23      (1)   That the January 18, 2006, trial date be vacated and continued to March 29, 2006, or as

24            soon thereafter as determined by the Court;

25      (2)   That the Final Pretrial Conference of December 5, 2005, be vacated and continued to a

26            date in accordance with the new trial date, to be determined by the Court;

27      (3)   That the due date for submission of the joint pretrial statement, currently November 21,

28            2005, be continued in accordance with the new trial date, to be determined by the Court;

-1-

1  (4) That the due date for submission of trial exhibits, currently January 11, 2006, be
2      continued in accordance with the new trial date, to be determined by the Court;
3  (5) That the discovery cutoff date be continued to February 28, 2006; and
4  (6) That expert witness disclosures shall be exchanged on or before February 15, 2005, and
5      supplemental disclosures shall be exchanged on or before February 28, 2005.

6  The parties request that this stipulation be adopted as the order of the court.  Good cause exists to grant this request for a short continuance. See Declaration of Dale Allen, filed concurrently herewith. The parties sincerely wish to resolve this case through mediation, and request additional time to mediate the case. Additionally, defendants' trial counsel, Dale Allen, is set for a concurrent trial on January 16, 2006.  This request is made in good faith, and the parties will make every effort to successfully mediate this case.

Dated:  November 15, 2005.

LOW, BALL & LYNCH

By   /s/   Jenny Li
DALE L. ALLEN, JR.
JENNY LI
Attorneys for Defendants
AZIZURANMAN RAHMANI,; SAYED A.
KARIMI dba ORANGE CAB COMPANY;
ORANGE CAB CO.; NATIONAL RAILROAD
PASSENGER CORPORATION

Dated:  November 15, 2005.

FURTADO JASPOVICE AND SIMONS

By   /s/   Martin L. Jaspovice
MARTIN L. JASPOVICE
Attorneys for Plaintiffs
ESTHER GALVEZ AND LORIE ALMAZAN

/ / /

/ / /

/ / /

1 ORDER

2 Pursuant to the parties' stipulation, the Court orders as follows:

3 (1) The January 18, 2006, trial date is vacated and continued to March 29, 2006 at 9:00 a.m.;

4 (2) The Final Pretrial Conference of December 5, 2005, is vacated and continued to February 13, 2006 at 1:30 p.m.;

6 (3) The joint pretrial statement is due for submission to the Court on or before January 30, 2006;

8 (4) Counsel shall produce all trial exhibits to the courtroom clerk no later that 3:00 p.m., on March 22, 2006;

10 (5) Discovery cutoff is continued to February 28, 2006; and

11 (6) Expert witness disclosures shall be exchanged on or before February 15, 2006, and supplemental expert disclosures shall be exchanged on or before February 28, 2006.

14 IT IS SO ORDERED.

Dated:  November 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE