1  Martin L. Jaspovice – SBN 55275
   FURTADO, JASPOVICE & SIMONS
2  A Law Corporation
   22274 Main Street
3  Hayward, California 94541
   (510) 582-1080 Telephone
4  (510) 582-8254 Facsimile

5  Attorneys for Plaintiffs
   LORIE ALMAZAN and ESTHER GALVEZ
6

7

8

9                  UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12  LORIE ALMAZAN and              )    NO. 2:04-cv-1872 MCE PAN
    ESTHER GALVEZ,                 )
13                                 )
                Plaintiffs,        )
14                                 )
        vs.                        )    ORDER TO SET MANDATORY
15                                 )    SETTLEMENT CONFERENCE
    AZIZURANMAN RAHMANI,; SAYED A. )
16  KARIMI, individually and  dba ORANGE CAB )
    CO.; ORANGE CAB CO.; NATIONAL  )
17  RAILROAD PASSENGER CORPORATION and )
    DOES 1 through 20,             )
18                                 )
                Defendants.        )
19  _____ )

20

21      The stipulation of the parties To Set A Mandatory Settlement Conference Date having been read

22  and considered, and good cause appearing therefore,

23      IT IS HEREBY ORDERED, that this case is set for a mandatory settlement conference in the

24  above-entitled court on March 21, 2006 at 02:00 p.m., in Courtroom 3, before the Honorable Morrison

25  C. England, Jr.  Parties shall submit their separate confidential settlement conference statement on or

26  before March 14, 2006.

27  / / /

28  / / /

The plaintiffs and a representative of defendants' insurance carrier with authority to settle this case are ordered to appear at said date, time and place with counsel.

Dated: March 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE