UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE ALMAZAN and ESTHER GALVEZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>AZIZURANMAN RAHMANI, individually and doing business as ORANGE CAB CO., SAYED A. KARIMI, doing business as ORANGE CAB CO. and NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      Defendants.<br>_____/ | No. 2:04-cv-1872-MCE-PAN<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 17, 2006.

///

///

///

///

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE