UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE ALMAZAN and ESTHER GALVEZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>AZIZURANMAN RAHMANI; SAYED A. KARIMI, individually and dba ORANGE CAB CO.; ORANGE CAB CO.; NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1-20,<br><br>      Defendants.<br>_____/ | No. 2:04-cv-1872-MCE-PAN-(JFM)<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Defendants, the Court determined that this case settled as of March 21, 2006.

    The parties are granted an extension of time to file dispositional documents on or before May 22, 2006.

///

///

///

///

///

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.
5 DATED: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE